IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY CROSS, et al                                                                            PLAINTIFFS

Vs.                              CASE NO. 4:10cv01097 JMM

XTO ENERGY, INC.                                                                         DEFENDANT

ORDER

Based on the parties' Status Report (DE #26), all current deadlines are suspended and the bench trial scheduled June 13, 2011, is cancelled.  If necessary, after a ruling on the pending motions, the deadlines and trial date will be reset.

IT IS SO ORDERED THIS 26th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE